**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 17, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00537-CV

## CARLOS LEGUINA AND ADVANCED ALUMINUM, Appellants

## V.

## SOUREN GE AND LIJIE LIU, Appellees

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 58820**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 24, 2012. On July 3, 2012, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, McCally, and Busby.